CR 15    00328    BLF    HRL

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### *SAN JOSE DIVISION*

### THE UNITED STATES OF AMERICA

### vs.

### JUAN GUTIERREZ

## INDICTMENT

Count One:                    18 U.S.C. §§ 922(g)(1) and 924(a)(2) – Unlawful
                              Possession of Ammunition by Convicted Felon

*A true bill.*

_____
                                                *Foreperson*

Filed in open court this ____18____ day of June
A.D. 201~~5~~

_____
                                    *United States Magistrate Judge*

Bail. $ ___NO process___

_____





MELINDA HAAG (CABN 132612)
United States Attorney

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

UNITED STATES OF AMERICA,   CR 15  NO. 00 328  BLF

    Plaintiff,           )   VIOLATIONS:  18 U.S.C. §§

                   )   922(g)(1) and 924(a)(2) – Unlawful   **HRL**

   v.               )   Possession of Firearms or Ammunition

                   )   by Convicted Felon; 18 U.S.C.

JUAN GUTIERREZ,       )   §  924(d)(1) – Criminal Forfeiture

                   )

    Defendant.         )   SAN JOSE VENUE

                   )

_____

INDICTMENT

The Grand Jury charges:

COUNT ONE:     (18 U.S.C. §§ 922(g)(1) and 924(a)(2) – Unlawful Possession of Ammunition by Convicted Felon)

    On or about June 2, 2015, in the Northern District of California, the defendant,

JUAN GUTIERREZ,

having been convicted of a crime punishable by imprisonment for a term exceeding one year did

knowingly possess in and affecting interstate and foreign commerce, multiple rounds of ammunition, in

violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

INDICTMENT

1  FORFEITURE ALLEGATION:        (18 U.S.C. § 924(d)(1) – Forfeiture)

2        The allegations contained in Count One of this Indictment are hereby realleged and incorporated

3  by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section

4  924(d)(1).

5        Upon a conviction for the offense alleged in Count One of this Indictment, the defendant,

6                                    JUAN GUTIERREZ,

7  shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 924(d)(1),

8  any ammunition involved in or used in any knowing violation of said offense, including but not limited

9  to any and all ammunition seized from 863 Benton Street, Santa Clara, CA, on June 2, 2015.

10        All pursuant to 18 U.S.C. § 924(d)(1) and Federal Rule of Criminal Procedure 32.2.

11

12  Dated: June 18, 2015                              A TRUE BILL.

13

14                                                    FOREPERSON

15  MELINDA HAAG
    United States Attorney
16

17  JEFF NEDROW
    Chief, San Jose Branch Office
18

19  (Approved as to form: _____ )
                          AUSA MARISSA HARRIS
20

21

22

23

24

25

26

27

28

                                    2

INDICTMENT

AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT
☐ SUPERSEDING

—————— OFFENSE CHARGED ——————

18 U.S.C. §§ 922(g)(1) and 924(a)(2) - Unlawful Possession of Firearms or Ammunition by Convicted Felon

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY:
10 years imprisonment
$250,000 fine
3 years supervised release
$100 Special Assessment Fee

CR 15

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

—— DEFENDANT - U.S ——
▶ JUAN GUTIERREZ

DISTRICT COURT NUMBER
00328 BLF

HRL

—————— PROCEEDING ——————

Name of Complaintant Agency, or Person (& Title, if any)
Tae-Kyun Kim - ATF

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40.  Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY   ☐ DEFENSE

SHOW DOCKET NO. }

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO. }

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under } 5:15-70700-MAG

Name and Office of Person
Furnishing Information on this form    MELINDA HAAG

☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)    AUSA Marissa Harris

—————— DEFENDANT ——————

IS *NOT* IN CUSTODY
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☒ Is on Bail or Release from (show District)
NDCA

IS IN CUSTODY
4) ☐ On this charge

5) ☐ On another conviction } ☐ Federal ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No } If "Yes" give date filed _____

DATE OF ARREST ▶   Month/Day/Year _____
Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶   Month/Day/Year _____

☐ This report amends AO 257 previously submitted

—————— ADDITIONAL INFORMATION OR COMMENTS ——————

PROCESS:
☐ SUMMONS   ☒ NO PROCESS*   ☐ WARRANT     Bail Amount: _____

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance

Defendant Address:

_____

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____   Before Judge: _____

Comments: